IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **Plaintiff,** <br> **v.** <br> **JUSTIN WILEY,** <br> **Defendant.** | **Case No. 3:11-CR-30051-NJR-1** |

# ORDER TERMINATING SUPERVISED RELEASE

**ROSENSTENGEL, District Judge:**

On March 14, 2024, Defendant Justin Wiley was released from the custody of the Federal Bureau of Prisons after serving a term of imprisonment for conspiracy to distribute and possess with intent to distribute cocaine. (*See* Doc. 289). The same day, he began serving a five-year term of supervised release. (*Id.*). Now pending before the Court is Wiley's Motion for Early Termination of Supervised Release. (*Id.*).

Under 18 U.S.C. § 3583(e)(1), "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Here, Wiley has served more than half of his term of supervised release. He states that he committed no disciplinary violations while serving his sentence, he has remained

fully compliant with all conditions of his release, he has been employed as a full-time lab technician since April 2024, and he has no outstanding financial obligations to the Court. (Doc. 289).

The Government and the U.S. Probation agree that early termination of supervised release is justified and appropriate. (Doc. 291).

Having considered the motion, the Government and U.S. Probation's positions, and the 18 U.S.C. § 3553(a) factors, the Court finds that Wiley's conduct and the interest of justice warrants the early termination of his term of supervised release. Accordingly, the Motion for Early Termination of Supervised Release filed by Defendant Justin Wiley (Doc. 289) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

**DATED: October 23, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**